**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

In re the Chapter 11 of          )
                                     )

EE OFFICES NAPERVILLE, LLC       )       No. 14-16798
                                     )

          Debtor.          )

## NOTICE OF MOTION

Take notice that on August 27, 2014, at 9:30 am in Courtroom 642 of the Dirksen Federal Building located at 219 South Dearborn St., Chicago, IL 60604, I shall present the Debtor's **Motion to Approve Compromise Under Federal Rule of Bankruptcy Procedure 9019.**

Respectfully submitted
By
EE OFFICES NAPERVILLE, LLC

/s/Ben Schneider
One of the Proposed Counsel for the Debtor

Ben Schneider
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
ARDC # 6295667
Phone: 847-933-0300

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

In re the Chapter 11 of                                    )
                                                           )
EE OFFICES NAPERVILLE, LLC                                 )          No. 14-16798
                                                           )
                        Debtor.                            )

## MOTION TO APPROVE COMPROMISE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDUE 9019

NOW COME the Debtor in Possession, EE Offices Naperville, LLC, and the landlord for

the Debtor in Possession, CPH 1755 Park LLC, requesting that the Court grant their **Motion to**

**Approve Compromise Under Federal Rule of Bankruptcy Procedure 9019**. In support, they

state the following:

Pursuant to 11 U.S.C. §§ 105(a), and Federal Rules of Bankruptcy Procedure 9006(c)

and 9019, EE OFFICES NAPERVILLE, LLC (the "*Debtor*"), and CPH 1755 Park LLC, (the

"Landlord"), respectfully requests that this Court enter an order, substantially in the form of that

submitted herewith approving the compromise between the Debtor and the Landlord. (See

attached Order).

The Order represents a full compromise resolving all claims and disputes between the

Landlord and the Debtor in Possession.

Notice of this Motion should be shortened as the Order permits relief relating to the date of

September 1, 2014.

Approval of this settlement only impacts the Debtor and the Landlord who have both agreed

to the terms of the attached Order.

Approval of this settlement is in the best interest of the estate and all creditors as it will limit

the Landlord's administrative claim as to post-petition rent and reduce expenses to the estate

related to litigation in state court and in this case.

WHEREFORE, the Debtor respectfully requests that the Court enter an order:

A.      Substantially similar to the attached Order;

B.      Permitting shortened Notice to a reasonable time under the circumstances; and

C.      Granting such other and further relief as this Court may deem just and

appropriate.


Respectfully Submitted
By
EE OFFICES NAPERVILLE, LLC

/s/Ben Schneider
One of the proposed Attorneys for the Debtor


Ben Schneider
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
ARDC # 6295667
Phone: 847-933-0300